# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
          §
RAMEY, DUANE FLOYD § Case No. 09-44139
RAMEY, ELIZABETH ANN §
          §
          Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

      Funds were disbursed in the following amounts:

      Payments made under an interim disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRADLEY J. WALLER_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 09-44139 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: RAMEY, DUANE FLOYD | Date Filed (f) or Converted (c): | 11/20/09 (f) |
| RAMEY, ELIZABETH ANN | 341(a) Meeting Date: | 01/04/10 |
| For Period Ending: 09/20/12 | Claims Bar Date: | 09/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 507 E. Benton St., Newark, IL  Single family residence | 170,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 5 acres of vacant land on Gee Road, Paw Paw, IL | 65,000.00 | 0.00 | OA | 35,286.03 | 0.00 |
| 3. Checking Account at Old Second Bank, Yorkville | 200.00 | 0.00 | OA | 0.00 | FA |
| 4. Miscellaneous household goods and furnishings | 4,115.00 | 0.00 | OA | 0.00 | FA |
| 5. Miscellaneous pictures and DVDs | 440.00 | 0.00 | OA | 0.00 | FA |
| 6. Miscellaneous items of wearing apparel | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7. Wedding ring, anniversary ring, costum jewelry | 2,200.00 | 0.00 | OA | 0.00 | FA |
| 8. Wifes interest in 401(k) | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 9. Husband's interst in 401(k) | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 10. Two 2004 Artic Cat snowmobiles - value $500 each | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 11. 2000 Yamaha snowmobile - doesn't run | 50.00 | 0.00 | OA | 0.00 | FA |
| 12. 1988 Chevrolet pick-up truck | 500.00 | 0.00 | OA | 0.00 | FA |
| 13. 1997 Ford Escort automobile | 500.00 | 0.00 | OA | 0.00 | FA |
| 14. 2004 Grand Am automobile | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 15. 2004 Winnebago Sightseer motor hom | 60,000.00 | 0.00 | OA | 0.00 | FA |
| 16. Copier | 50.00 | 0.00 | OA | 0.00 | FA |
| 17. Miscellaneous hand & garden tools, outdoor furni | 1,305.00 | 0.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $357,860.00 | $0.00 | | $35,286.03 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-44139   BB   Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | RAMEY, DUANE FLOYD | Date Filed (f) or Converted (c): | 11/20/09 (f) |
| | RAMEY, ELIZABETH ANN | 341(a) Meeting Date: | 01/04/10 |
| | | Claims Bar Date: | 09/13/12 |

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 09-44139 -BB |
| Case Name: | RAMEY, DUANE FLOYD |
| | RAMEY, ELIZABETH ANN |
| Taxpayer ID No: | *******7494 |
| For Period Ending: | 09/20/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7409  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/12 | 2 | American Title Guaranty, Inc. | | 1110-000 | 35,286.03 | | 35,286.03 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 35,286.03 | 0.00 | 35,286.03 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 35,286.03 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 35,286.03 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7409 | 35,286.03 | 0.00 | 35,286.03 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 35,286.03 | 0.00 | 35,286.03 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals　　35,286.03　　0.00

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-44139
Case Name: RAMEY, DUANE FLOYD
           RAMEY, ELIZABETH ANN
Trustee Name: BRADLEY J. WALLER

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |
| Charges: US Bankruptcy Clerk | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | National Bank and Trust Company | $ | $ | $ |
| 000002 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000003 | DISCOVER BANK | $ | $ | $ |
| 000004 | DISCOVER BANK | $ | $ | $ |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 000006 | RBS Citizens | $ | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ | $ |
| 000008 | Chase Bank USA, N.A. | $ | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ | $ |
| 000010 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000011 | Chase Bank USA, N.A. | $ | $ | $ |
| 000012 | CANDICA L.L.C. | $ | $ | $ |
| 000013 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 000014 | Fia Card Services, NA/Bank of America | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 000016 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ | $ | $ |
| 000017 | GE Money Bank dba GAP | $ | $ | $ |
| 000018 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000019 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000020 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000021 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000022 | FIA CARD SERVICES, N.A. as successor in interest | $ | $ | $ |
| 000023 | FIA CARD SERVICES, N.A. as successor in interest | $ | $ | $ |
| 000024 | FIA CARD SERVICES, N.A. as successor in interest | $ | $ | $ |
| 000025 | Sallie Mae | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE