UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| RAMEY, DUANE FLOYD | ) | CASE NO. 09-44139-BB |
| RAMEY, ELIZABETH ANN | ) | |
| Debtor(s). | ) | Hon. BRUCE W. BLACK |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE BRUCE W. BLACK

NOW COMES BRADLEY J. WALLER, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,278.60 as compensation and $131.90 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $35,286.03. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $3,028.60 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $4,278.60 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| TRUSTEE BOND | $60.00 |
| COPIES | $37.50 |
| POSTAGE | $34.40 |
| TOTAL EXPENSES | $131.90 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 21ST day of September, 2012.

/s/ Bradley J. Waller
BRADLEY J. WALLER, Trustee
Klein, Stoddard, Buck Waller & Lewis LLC
2045 Aberdeen Court
SYCAMORE, IL  60178
(815) 748-0380
(815) 748-4030

Bradley J. Waller
Klein Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court
Sycamore, IL 60178
815-748-0380

Re:   Duane Floyd Ramey
      Elizabeth Ann Ramey
      09-44139

## Trustee Time

| Date | Description | Hours |
|---|---|---|
| 11/23/09 | Review Petitions and Schedules | .25 |
| 01/04/09 | Conduct §341 meeting of creditors | .25 |
| 01/05/10 | File Asset Notice | .25 |
| 03/04/10 | Draft Notice and Motion to Extend Time to File Objection to Discharge; file same | 1.00 |
| 03/19/10 | Court appearance re. Motion to Extend Time to File Objection | .30 |
| 04/15/10 | Draft Notice and Motion to Employ Realtor; file same | 1.00 |
| 04/23/10 | Court appearance re. Employ Realtor | .30 |
| 06/04/10 | Review Amended Schedules | .10 |
| 07/01/11 | File Trustee's Report of No Distribution | .10 |
| 02/13/12 | File Notice of Withdrawal | .10 |
| 02/14/12 | Draft Notice and Motion to Reopen to Administer Possible Assets; file same | 1.00 |
| 03/09/12 | Court appearance re. Motion to Reopen | .30 |
| 05/03/12 | Draft Notice and Motion to Sell Property and Shorten Notice; file same | 1.00 |
| 05/11/12 | Court appearance re. Motion to Sell | .30 |
| 06/13/12 | File Asset Notice | .10 |
| 06/13/12 | Open bank account | .25 |

| Date | Description | Hours |
|---|---|---|
| 06/14/12 | Draft and file Report of Sale | .25 |
| 06/30/12 | Review bank statement and reconcile account | .25 |
| 07/31/12 | Review bank statement and reconcile account | .25 |
| 08/31/12 | Review bank statement and reconcile account | .25 |
| 09/20/12 | Review claims; draft Final Report | 2.00 |
| 09/30/12 | Review bank statement and reconcile account | .25 |
| 10/31/12 | Review bank statement and reconcile account | .25 |
| 11/09/12 | Court appearance re. Final Report | .30 |
|  | Draft Final Account | 2.00 |
|  | Total | 12.40 |