UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAMEY, DUANE FLOYD | § | Case No. 09-44139 |
| RAMEY, ELIZABETH ANN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Case 09-44139　　Doc 49　　Filed 12/13/12　　Entered 12/13/12 10:07:26　　Desc Main
　　　　　　　　　　　Document　　　Page 4 of 14

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| US BANKRUPTCY CLERK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000012 | CANDICA L.L.C. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000022 | FIA CARD SERVICES, N.A. AS SUCCESSO | | | | | |
| 000023 | FIA CARD SERVICES, N.A. AS SUCCESSO | | | | | |
| 000024 | FIA CARD SERVICES, N.A. AS SUCCESSO | | | | | |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000017 | GE MONEY BANK DBA GAP | | | | | |
| 000016 | GE MONEY BANK DBA JCPENNEY CREDIT S | | | | | |
| 000001 | NATIONAL BANK AND TRUST COMPANY | | | | | |
| 000010 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000018 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000019 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000020 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000021 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000006 | RBS CITIZENS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: 09-44139 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: RAMEY, DUANE FLOYD | Date Filed (f) or Converted (c): | 11/20/09 (f) |
| RAMEY, ELIZABETH ANN | 341(a) Meeting Date: | 01/04/10 |
| For Period Ending: 12/06/12 | Claims Bar Date: | 09/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 507 E. Benton St., Newark, IL  Single family residence | 170,000.00 | 0.00 | | 0.00 | FA |
| 2. 5 acres of vacant land on Gee Road, Paw Paw, IL | 65,000.00 | 0.00 | | 35,286.03 | 0.00 |
| 3. Checking Account at Old Second Bank, Yorkville | 200.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous household goods and furnishings | 4,115.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous pictures and DVDs | 440.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous items of wearing apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Wedding ring, anniversary ring, costum jewelry | 2,200.00 | 0.00 | | 0.00 | FA |
| 8. Wifes interest in 401(k) | 7,000.00 | 0.00 | | 0.00 | FA |
| 9. Husband's interst in 401(k) | 40,000.00 | 0.00 | | 0.00 | FA |
| 10. Two 2004 Artic Cat snowmobiles - value $500 each | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. 2000 Yamaha snowmobile - doesn't run | 50.00 | 0.00 | | 0.00 | FA |
| 12. 1988 Chevrolet pick-up truck | 500.00 | 0.00 | | 0.00 | FA |
| 13. 1997 Ford Escort automobile | 500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 09-44139 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | RAMEY, DUANE FLOYD | | | Date Filed (f) or Converted (c): | 11/20/09 (f) |
| | RAMEY, ELIZABETH ANN | | | 341(a) Meeting Date: | 01/04/10 |
| | | | | Claims Bar Date: | 09/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2004 Grand Am automobile | 3,500.00 | 0.00 | | 0.00 | FA |
| 15. 2004 Winnebago Sightseer motor hom | 60,000.00 | 0.00 | | 0.00 | FA |
| 16. Copier | 50.00 | 0.00 | | 0.00 | FA |
| 17. Miscellaneous hand & garden tools, outdoor furni | 1,305.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $357,860.00 | $0.00 | | $35,286.03 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-44139 -BB |
| Case Name: | RAMEY, DUANE FLOYD |
| | RAMEY, ELIZABETH ANN |
| Taxpayer ID No: | *******7494 |
| For Period Ending: | 12/06/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7409 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/12 | 2 | American Title Guaranty, Inc. | | 1110-000 | 35,286.03 | | 35,286.03 |
| 11/09/12 | 001001 | BRADLEY J. WALLER KLEIN STODDARD BUCK WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Chapter 7 Compensation/Fees | 2100-000 | | 4,278.60 | 31,007.43 |
| 11/09/12 | 001002 | BRADLEY J. WALLER KLEIN STODDARD BUCK WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Chapter 7 Expenses | 2200-000 | | 131.90 | 30,875.53 |
| 11/09/12 | 001003 | US Bankruptcy Clerk 219 S. Dearborn Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 260.00 | 30,615.53 |
| 11/09/12 | 001004 | National Bank and Trust Company 230 West State Street Sycamore, IL 60178 | Claim 000001, Payment 26.16636% | 7100-000 | | 2,487.45 | 28,128.08 |
| 11/09/12 | 001005 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT ASSIG Capital One Bank USA, N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000002, Payment 26.16636% | 7100-000 | | 1,411.67 | 26,716.41 |
| 11/09/12 | 001006 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Claim 000003, Payment 26.16649% | 7100-000 | | 671.55 | 26,044.86 |
| 11/09/12 | 001007 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Claim 000004, Payment 26.16639% | 7100-000 | | 3,532.02 | 22,512.84 |
| | | | Page Subtotals | | 35,286.03 | 12,773.19 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-44139 -BB | |
| Case Name: | RAMEY, DUANE FLOYD | |
| | RAMEY, ELIZABETH ANN | |
| Taxpayer ID No: | *******7494 | |
| For Period Ending: | 12/06/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******7409 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/12 | 001008 | AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000005, Payment 26.16633% | 7100-000 | | 90.58 | 22,422.26 |
| 11/09/12 | 001009 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Claim 000006, Payment 26.16640% | 7100-000 | | 2,654.95 | 19,767.31 |
| 11/09/12 | 001010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 26.16605% | 7100-000 | | 197.64 | 19,569.67 |
| 11/09/12 | 001011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 26.16647% | 7100-000 | | 341.25 | 19,228.42 |
| 11/09/12 | 001012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 26.16652% | 7100-000 | | 809.88 | 18,418.54 |
| 11/09/12 | 001013 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000010, Payment 26.16597% | 7100-000 | | 133.19 | 18,285.35 |
| 11/09/12 | 001014 | Chase Bank USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000011, Payment 26.16665% | 7100-000 | | 447.23 | 17,838.12 |
| 11/09/12 | 001015 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400 | Claim 000012, Payment 26.16646% | 7100-000 | | 456.89 | 17,381.23 |

Page Subtotals 0.00 5,131.61

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-44139 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | RAMEY, DUANE FLOYD | | Bank Name: | Congressional Bank |
| | RAMEY, ELIZABETH ANN | | Account Number / CD #: | *******7409 Checking Account |
| Taxpayer ID No: | *******7494 | | | |
| For Period Ending: | 12/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SEATTLE, WA 98121 | | | | | |
| 11/09/12 | 001016 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000013, Payment 26.16634% | 7100-000 | | 4,046.54 | 13,334.69 |
| 11/09/12 | 001017 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000014, Payment 26.16639% | 7100-000 | | 2,348.24 | 10,986.45 |
| 11/09/12 | 001018 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000015, Payment 26.16624% | 7100-000 | | 774.39 | 10,212.06 |
| 11/09/12 | 001019 | GE Money Bank dba JCPENNEY CREDIT SERVICES Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000016, Payment 26.16623% | 7100-000 | | 252.86 | 9,959.20 |
| 11/09/12 | 001020 | GE Money Bank dba GAP Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000017, Payment 26.16654% | 7100-000 | | 88.49 | 9,870.71 |
| 11/09/12 | 001021 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000018, Payment 26.16497% | 7100-000 | | 78.16 | 9,792.55 |
| 11/09/12 | 001022 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000019, Payment 26.16622% | 7100-000 | | 61.14 | 9,731.41 |

Page Subtotals    0.00    7,649.82

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44139 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | RAMEY, DUANE FLOYD | | Bank Name: | Congressional Bank |
| | RAMEY, ELIZABETH ANN | | Account Number / CD #: | *******7409 Checking Account |
| Taxpayer ID No: | *******7494 | | | |
| For Period Ending: | 12/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/12 | 001023 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000020, Payment 26.16633% | 7100-000 | | 90.58 | 9,640.83 |
| 11/09/12 | 001024 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000021, Payment 26.16796% | 7100-000 | | 73.60 | 9,567.23 |
| 11/09/12 | 001025 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America, N.A. (USA) and MBNA america Bank, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000022, Payment 26.16624% | 7100-000 | | 774.39 | 8,792.84 |
| 11/09/12 | 001026 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America, N.A. (USA) and MBNA america Bank, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000023, Payment 26.16640% | 7100-000 | | 2,337.46 | 6,455.38 |
| 11/09/12 | 001027 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America, N.A. (USA) and MBNA america Bank, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000024, Payment 26.16640% | 7100-000 | | 4,046.55 | 2,408.83 |
| 11/09/12 | 001028 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Claim 000025, Payment 26.16638% | 7100-000 | | 2,408.83 | 0.00 |
| | | | | Page Subtotals | 0.00 | 9,731.41 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-44139 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | RAMEY, DUANE FLOYD | | Bank Name: | Congressional Bank |
| | RAMEY, ELIZABETH ANN | | Account Number / CD #: | *******7409 Checking Account |
| Taxpayer ID No: | *******7494 | | | |
| For Period Ending: | 12/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 35,286.03 | 35,286.03 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 35,286.03 | 35,286.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 35,286.03 | 35,286.03 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******7409 | | 35,286.03 | 35,286.03 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 35,286.03 | 35,286.03 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*